IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARRETT TUNSIL, | : | Civil No. 1:25-CV-00879 |
| Plaintiff, | : | |
| v. | : | |
| CORRECTIONAL OFFICER TAYLOR, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 4th day of December 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The amended complaint, Doc. 11, is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failing to state a claim for which relief may be granted.

2. Plaintiff's motion for recusal, Doc. 16, is **DENIED** as moot.

3. Plaintiff's motion for protection from abuse, Doc. 18, is **DENIED** as moot.

4. Plaintiff's motion for appointment of counsel, Doc. 20, is **DENIED** as moot.

5. Plaintiff's motion for injunctive relief, Doc. 22, is **DENIED** as moot.

6. The Clerk of the Court is directed to **CLOSE** this case.

                                                   s/Jennifer P. Wilson
                                                   JENNIFER P. WILSON
                                                   United States District Judge
                                                   Middle District of Pennsylvania